UNITED STATES of America,
Plaintiff–Appellee,

v.

Steven L. REMBERT, a.k.a. Steven Rembert, Defendant–Appellant.

No. 09–11023.
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 17, 2009.

Clarence W. Counts, Jr., Donna Lee Elm Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Clarence W. Counts, Jr., appointed counsel for Steven L. Rembert in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Rembert's convictions and sentences are **AFFIRMED**.